JS-6

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| JASON KIM,<br><br>            Plaintiff,<br><br>vs.<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA; and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No.: 8:23-cv-01579-DOC-ADS<br><br>Action Filed: August 23, 2023<br><br>Trial Date: April 15, 2024<br><br>JUDGMENT |

On May 9, 2024, the Court issued its Findings of Facts and Conclusions of Law (ECF 38) in favor of Plaintiff Jason Kim ("Kim") and against Defendant The Guardian Life Insurance Company of America ("Guardian").

For all of the reasons stated in the Court's May 9, 2024 Findings of Fact and Conclusions of Law, judgment is hereby entered in favor of Kim and against Guardian in the amount of $37,087, plus prejudgment interest at the rate of 5.26%.[1]

---

[1] In the Court's May 9, 2024 Findings of Fact and Conclusions of Law, at paragraph 38, the Court awarded Kim long-term disability benefits for the period of March 25,

Footnote continues on next page…

The Court's May 9, 2024 Findings of Facts and Conclusions of Law (ECF 38) is not a judgment and its notation in the civil docket did not constitute entry of judgment. Kim shall file any motion to recover his attorneys' fees and costs in this action within thirty (30) days of the entry of this Judgment.

**APPROVED AND SO ORDERED.**

Dated: June 7, 2024

_____
Hon. David O. Carter
United States District Court Judge

---

2021 through March 2022. ECF 38 at p. 19. However, because the parties agree that Guardian paid Kim short-term disability benefits for the period of March 22, 2021 to June 23, 2021, the Court hereby corrects the period of long-term disability benefits awarded by the Court to June 23, 2021 to March 23, 2022.